UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Plaintiff,

      v.

ALBERT MARTINEZ, et al.,

      Defendants.
_____/

No. C 14-2935 PJH

**ORDER**

    Plaintiff Deutsche Bank National Trust Company as Trustee for DSLA Mortgage Loan Trust 2006-AR1 is hereby ORDERED to serve defendants Frances Martinez and Albert Martinez with a copy of the July 15, 2014 order granting defendants' application to proceed in forma pauperis, directing reassignment of the case to a district judge, and recommending that the action be remanded (Doc. 7).  Plaintiff is further ORDERED to file a proof of service with the court, no later than July 25, 2014.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge